IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

DWAYNE KEITH HOOD

CRIMINAL CASE NO.
1:14-CR-0215-SCJ

## ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. No. 26], to which no objections have been filed.  After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress [Doc. No. 16] and Particularized Motion to Suppress [Doc. No. 19] are hereby **DENIED**.

IT IS SO ORDERED this 2nd day of March, 2015.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE